ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
Globe Trailer Manufacturing, Inc.              )    ASBCA Nos. 63651, 63652, 63724
                                               )                63725, 63726, 63811
                                               )
Under Contract No. SPE8EC-19-D-0039            )

APPEARANCES FOR THE APPELLANT:        Matthew E. Feinberg, Esq.
                                      Lauren R. Brier, Esq.
                                      Matthew T. Healy, Esq.
                                        PilieroMazza PLLC
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Daniel K. Poling, Esq.
                                        DLA Chief Trial Attorney
                                      Kelly L. Diaz-Albertini, Esq.
                                      Anne P. Steel, Esq.
                                      Stacey E. Hirsch, Esq.
                                        Trial Attorneys
                                        DLA Troop Support
                                        Philadelphia, PA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 13, 2024

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63651, 63652, 63724, 63725, 63726, 63811, Appeals of Globe Trailer Manufacturing, Inc., rendered in conformance with the Board's Charter.

Dated:  November 14, 2024

*for Tammye D. Allott*

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2